[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice pending*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

Attorneys for Plaintiff
HALL DATA SYNC TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALL DATA SYNC TECHNOLOGY, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>BOX, INC.,<br><br>         Defendant. | |
| HALL DATA SYNC TECHNOLOGIES LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>DROPBOX INC.<br><br>         Defendant. | Case Nos.  15-CV-3063-VC, 15-CV-3064-VC, 15-CV-3065-VC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR RELIEF FROM DEADLINE TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT IN RELATED ACTIONS  PURSUANT TO L.R. 16-2(D)<br><br>**JURY TRIAL DEMANDED** |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

CASE NOS. 15-CV-3063-VC, 15-CV-3064-VC, 15-CV-3065-VC

1
2
3
4
5
6

HALL DATA SYNC TECHNOLOGIES LLC,

               Plaintiff,

   vs.

GOOGLE INC.

               Defendant.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

CASE NOS. 15-CV-3063-VC, 15-CV-3064-VC, 15-CV-3065-VC

1  The Parties in the above captioned cases jointly move under Civ. L.R. 16-2(d) for a three-day extension to the deadline to submit the Joint Case Management Conference Statement ("Joint CMC Statement") to allow additional time review and submit an agreed upon Statement.

Local Rule 16-2(d) provides that "a party...may seek relief from an obligation imposed by Fed. R. Civ. P. 16 or 26 or the Order Setting Initial Case Management Conference." In this case, the Court should exercise its discretion to permit a three-day modification to the deadline to submit the Joint CMC Statement. The Parties in these related actions have made their best effort to comply with the Court's August 12th Order (Dkt. 29 in Case No. 15-3063; Dkt. 25 in Case No. 15-3064; Dkt. 21 in Case No. 15-3065) setting August 18th as the deadline to submit the Parties' Joint CMC Statement. Since receiving notice of the deadline, the Parties have discussed the contents of the Joint CMC Statement telephonically and have also exchanged an initial draft of the Statement. Additional time is needed, however, to allow the parties as well as their in-house representatives to review the Joint CMC Statement and proposed schedule, and to allow further time for the parties to attempt to reach agreement on its contents. The extension will also save the Court time and resources reviewing issues that may otherwise be worked out between the Parties. Moreover, lead counsel for Google has a hearing scheduled before the Honorable Judge Virginia Phillips in the Central District of California on August 18th, which has made coordination on the Joint CMC Statement difficult.

In sum, the Parties in these related actions believe that there is good cause for a short three-day extension and respectfully request that the Court extend the deadline to submit the Joint CMC Statement from August 18, 2015 to August 21, 2015. No other deadline will be affected by this extension (including the Case Management Conference itself).

IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their respective counsel of record and with the permission of the Court, that deadline to submit the Parties Initial Case Management Statement in this action shall be continued to Friday, August 21, 2015.

| | | |
|---|---|---|
| 1 | Dated: August 18, 2015 | RESPECTFULLY SUBMITTED,<br>LOWE & ASSOCIATES, P.C. |
| 2 | | |
| 3 | | BY: /s/*Kris LeFan*_____<br>    KRIS LEFAN |
| 4 | | ATTORNEYS FOR PLAINTIFF<br>HALL DATA SYNC TECHNOLOGIES, LLC |
| 5 | Dated: August 18, 2015 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 6 | | |
| 7 | | BY: /s/   *John Downing*<br>    JEFFREY J. TONEY<br>    JONATHAN K. WALDROP<br>    DARCY L. JONES<br>    MARCUS A. BARBER<br>    ROBERT P. WATKINS III<br>    JOHN W. DOWNING<br>    HEATHER S. KIM |
| 11 | | ATTORNEYS FOR DEFENDANT<br>GOOGLE INC. |
| 13 | Dated: August 18, 2015 | DLA PIPER LLP (US) |
| 15 | | BY:  /s/ *AARON WAINSCOAT*<br>    JOHN GUARAGNA<br>    AARON WAINSCOAT |
| 16 | | ATTORNEYS FOR DEFENDANT<br>BOX INC. |
| 18 | Dated: August 18, 2015 | FARELLA BRAUN + MARTEL LLP |
| 20 | | BY:  /s/ *JEFFREY FISHER*<br>    Jeffrey M. Fisher<br>    Deepak Gupta<br>    Winston Liaw |
| 22 | | ATTORNEYS FOR DEFENDANT<br>DROPBOX INC. |

I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: August 18, 2015                    */s/ KRIS LEFAN*_____

1
2              **[PROPOSED] ORDER**
3      The Court having considered the stipulation of the parties, orders as follows:
4      • The parties shall file a Joint Case Management Statement on or before Friday,
5        August 21, 2015.
6
7      PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.
8
9   Dated: ___August 20___, 2015        _____
10                                       Honorable Vince Chhabria
                                         United States District Judge

JOINT STIPULATION AND [PROPOSED]         - 3 -        CASE NOS. 15-CV-3063-VC, 15-CV-3064-
ORDER TO CONTINUE CMC                                              VC, 15-CV-3065-VC