UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALL DATA SYNC TECHNOLOGIES LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  15-cv-03065-VC   (JCS)<br><br>**ORDER EXTENDING TIME TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS** |

Good cause showing, IT IS HEREBY ORDERED that the confidential settlement conference statements, due October 13, 2015, has been extended to October 21, 2015.

**IT IS SO ORDERED.**

Dated: October 13, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge